# IN THE MATTER OF JAMES McGARVIN

## 1812

### PAPERS IN FILE

1. Petition for habeas corpus. . . . . . . . . *Printed in Vol. 2*
2. Order for habeas corpus . . . . . . . . . "
3. Writ of habeas corpus . . . . . . . . . "
4. Return . . . . . . . . . . . "
5. Order remanding prisoner . . . . . . . . "
6. Order to give security . . . . . . . . . "
7. Recognizance . . . . . . . . . . . . . .

# IN THE MATTER OF PIERRE LOMBARD AND AMABLE BELAIR

## 1812

### PAPERS IN FILE

1. Record of inquest . . . . . . . . . . *Printed in Vol. 2*
2. Affidavit of Amable Belair . . . . . . . . . .
3. Affidavit of Peter Meloche . . . . . . . . . .
4. Affidavit of Charles Fortier . . . . . . . . . .
5. Warrant for arrest of Lombard . . . . . . . . .
6. Warrant for arrest of Belair . . . . . . . . . .
7. Record of examination of Belair . . . . . . . . .
8. Recognizance of Belair . . . . . . . . . . .
9. Record of examination of Lombard. . . . . . . . .
10. Recognizance of Lombard . . . . . . . . . . .